USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JOY MOODY,

                Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 24-cv-7800 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On November 18, 2024, this Court issued an Order to Show Cause. (ECF No. 6.) The Order to Show Cause directed Plaintiff to show cause in writing on or before December 18, 2024 as to why this case should not be dismissed as duplicative of another similarly filed case. (*Id.*) The Court directed the Clerk of Court to mail a copy of the Order to Show Cause to *pro se* Plaintiff at the address listed on ECF and to show service on the docket. (*Id.*) On November 19, 2024, the Clerk of Court filed a mailing receipt of the Order to Show Cause to *pro se* Plaintiff's address. As of January 10, 2025, Plaintiff has failed to respond to the Order to Show Cause.

Accordingly, the Court DISMISSES without prejudice the above-captioned as duplicative. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff, and to show service on the docket.

Dated:    January 10, 2025
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1